THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RAYMOND WHITE, Appellant.— Appeal from a judgment of the County Court of Warren County, rendered December 14, 1973, convicting defendant of the crime of criminal possession of a dangerous drug in the fourth degree (former Penal Law, § 220.15), and sentencing him to a definite term of imprisonment for one year. Judgment modified, as a matter of discretion, in the interest of justice, by reducing the sentence to a period of six months, and, as so modified, affirmed. Herlihy, P. J., Greenblott, Kane, Main and Reynolds, JJ., concur.